UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RICHARD A. FUNK, et al.,** | § § § | |
| plaintiffs, | § § | |
| v. | § § | No. 1:22-cv-301-RP |
| **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, et al.** | § § § § | |
| defendants. | § | |

### DEFENDANT NEWREZ LLC'S UNOPPOSED
### MOTION TO EXTEND RESPONSE DEADLINE

NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) requests an extension to respond to the Funks' original complaint until Friday, June 24, 2022.

Richard A. and Rachael Funk filed the instant lawsuit on March 30, 2022. (ECF No. 1, compl.) Shellpoint received (and executed) a service waiver on April 7, 2022, making its current response deadline June 6, 2022. (ECF No. 6, NRZ waiver.) Co-defendant Equifax received (and executed) a service waiver on April 19, 2022, making its response deadline June 20, 2022. (ECF No. 9, Equifax waiver.) Co-defendant Experian moved for and received a response extension to June 22, 2022 while co-defendant Trans Union moved for and received a response extension to June 27, 2022. (May 31 text ords.)

Shellpoint's investigation into the Funks' claims is ongoing and it requests an extension to complete its initial investigation, prepare a defense, and explore pre-answer settlement. This is Shellpoint's first request for an extension and the proposed extension (which aligns Shellpoint's response deadline with the remaining co-defendants' deadlines in late June) will not delay adjudication. Shellpoint's counsel conferred with the Funks' counsel in a good-faith

attempt to resolve the matter by agreement and their counsel stated they do not oppose the extension.

## PRAYER

Shellpoint respectfully requests the court extend its response deadline until June 24, 2022 and award such other relief as it is justly entitled.

Date: June 3, 2022                                          Respectfully submitted,

                                                               */s/ C. Charles Townsend*
C. Charles Townsend; SBN: 24028053
R. Martin Dungan; SBN 24099021
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
charles.townsend@akerman.com
martin.dungan@akerman.com

**ATTORNEYS FOR DEFENDANT NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, a true and correct copy of the foregoing was served as follows:

Mohammed O. Badwan
Marwan Daher
Omar Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
**VIA CM/ECF**

Charlotte Long
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
**VIA CM/ECF**

Alison E. Ibendahl
Mason C. Malone
Jones Day
717 Texas, Suite 3300
Houston, TX 77002
**VIA CM/ECF**

　　　　　　　　　　　　　　　　　　　　 */s/ C. Charles Townsend*
　　　　　　　　　　　　　　　　　　　　C. Charles Townsend