# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RICHARD A. FUNK, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND RACHAEL FUNK, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; *Plaintiffs* <br><br> v. <br><br> NEWREZ LLC, *Defendant* | No. 1:22-CV-00301-JRN |

## REPORT OF MEDIATOR

This is to report that after mediation session on October 18, 2023, the parties to the above case reached a settlement of all claims between them. The agreement contemplates that the parties will draft and execute a formal settlement agreement and present a proposed final judgment to the Court.

The Clerk is directed to serve a copy of this report on all parties.

SIGNED October 20, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1